

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2026

**BY EMAIL**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:**   *United States v. Surendra Gurung, et al.*, 25 Cr. 471 (UA)

Dear Judge Aaron:

  The Government respectfully requests that Indictment 25 Cr. 471 (UA) be unsealed and that the case be assigned to a District Judge. The Government is not requesting that other currently-sealed docket entries be unsealed at this time.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    By: _____
        Katherine Cheng / Kaylan E. Lasky
        / David J. Robles
        Assistant United States Attorneys
        (212) 637-2492 / 2550 / 2315

**SO ORDERED:**

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York
Dated: 4/10/2026