UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

SURENDRA GURUNG,

Defendant.

25 Cr. 471 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **April 29, 2026**, at **2:30 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  At the conference, the Government shall recite the procedural history of the case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.  Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated: April 14, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge